AO 91 (Rev. 08/09) Criminal Complaint

FILED - USDC - NDTX - AB
MAR 25 2026 PM1:44

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jaden Jonathan Blake<br>a/k/a Jaden Johnathan Blake<br>*Defendant(s)* | ) | Case No. 1:26-MJ-023-BU |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1, 2026, through March 2, 2026 in the county of Taylor in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Matthew L. Tusing, AUSA

*Complainant's signature*

Anthony Peterson, FBI Agent

*Printed name and title*

Sworn to before me and signed in my presence in accordance with the requirements of Fed. R. Crim. P. 41.

Date: 3/25/26

*Judge's signature*

City and state: Abilene, Texas

John R. Parker, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN ARREST AND CRIMINAL COMPLAINT

I, Anthony Peterson, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to criminal investigations related to child exploitation and child pornography. In my experience as a Special Agent, I have participated in the execution of numerous search and arrest warrants. I have gained experience through training and everyday work related to conducting these types of investigations. In particular, I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. I have also participated in various FBI-mandated and other training for the investigation and enforcement of federal statutes to include prohibiting the production, distribution, and possession of child pornography. I have also participated in various investigations involving the collection and analysis of electronic evidence. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2422, and I am authorized by law to apply for and execute search warrants and arrest warrants issued by federal and state courts.

2. I am submitting this affidavit in support of an application for a criminal complaint for , for violating Title 18, United States Code, Section 2251(a), Production of Child Pornography, under *Pinkerton v. United States*, 328 U.S. 640 (1946) liability, Title 18, United States Code Section 2, Aiding and Abetting the Production of Child Pornography, and Conspiracy to Produce Child Pornography in violation of Title 18, United States Code, Section 2251(a).

3. The facts set forth herein are based on my personal knowledge, training, and experience, as well as information provided by other law enforcement agents and witnesses. This affidavit is not intended to include every fact known to law enforcement but rather to establish probable cause to believe that JADEN JONATHAN BLAKE aka JADEN JOHNATHAN BLAKE committed the offense charged.

**TITLE 18 UNITED STATES CODE SECTION 2251(a)**
**SEXUAL EXPLOITATION OF CHILDREN –**
**PRODUCTION OF CHILD PORNOGRAPHY**

4. Title 18, United States Code, Section 2251(a), prohibits employing, using, persuading, inducing, enticing, or coercing a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in affecting such commerce or mailed, or that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, or if such visual depiction has actually been transported or transmitted using any facility of interstate or foreign commerce or in or affecting interstate commerce or mailed. Section 2251(e) makes it a violation to conspire or attempt to commit this offense.

5. For a defendant guilty of this crime, the government must prove each of the following elements beyond a reasonable doubt:

i. *First*: That the defendant knowingly employed, used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct;

ii. *Second*: That the sexually explicit conduct was created for the purpose of transmitting a live visual depiction of such conduct; and

iii. *Third*: That the defendant knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in affecting such commerce or mailed, or that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

The term "computer" means an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communication facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand-held calculator, or other similar device.

The term "child pornography" means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

The term "minor" means any person under the age of eighteen years.

"Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

"Sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person. Be cautioned that not every exposure of the genitals or pubic area constitutes lascivious exhibition. Whether a visual depiction constitutes such a lascivious exhibition requires a consideration of the overall content of the material. You may consider such factors as whether the focal point of the visual depiction is on the child's genitalia or pubic area; whether the setting of the depiction is sexually suggestive, that is, in a place or pose associated with sexual activity; whether the child is depicted in an unnatural pose or in inappropriate attire, considering the age of the child; whether the child is fully or partially nude; whether the visual depiction suggests sexual coyness or a willingness

to engage in sexual activity; or whether the depiction is designed to elicit a sexual response in the viewer. This list is not exhaustive, and no single factor is dispositive.

## PROBABLE CAUSE: INITIAL NOTIFICATION OF CSAM

6. On March 2, 2026, a deputy with the Douglas County Sheriff's Office (DCSO) in Douglas County, Nebraska, was called to a home in Bennington, Nebraska. The reporting party told the deputy that he had found multiple explicit videos and photos of his 12-year-old daughter on the family iPad. The deputy asked the daughter, Minor Victim 1 (MV1), if she had been sending messages, posting any photos, or if she was being forced to do anything. MV1 responded "no." MV1's father, worried about MV1, provided consent to search the family iPad.

7. On March 4, 2026, agents performed a forensic extraction of the iPad. Investigators located messages on the iPad that MV1 had received from a specific phone number, 325-660-6287. MV1 had been communicating with the user of 325-660-6287 over the "iMessage" application on the iPad. "iMessage" is an instant messaging service developed by Apple, Inc., that allows two Apple devices, ie, iPad or iPhone, users to instant message each other by, *inter alia*, a WiFi or cellular data connection. MV1 had been communicating with the user of 325-660-6287 through the iPad, which was connected to MV1's father's account, and used over a WiFi connection only. The messages between MV1 and 325-660-6287 appeared in the iMessage app, in blue bubbles. Because MV1 was messaging over WiFi with a device that was communicating via "iMessage", the user of 325-660-6287 would have needed to use an Apple device to communicate with MV1 over iMessage.

8. The user of 325-660-6287 claimed to MV1 that he was only 15-years old. However, based on my training and experience in child exploitation cases, I quickly identified the "grooming" nature of the messages between MV1 and 325-660-6287.

9. I suspected that the user of 325-660-6287 was not another child, but likely an adult. I also noticed that some of the messages and photos appeared to have been deleted, or only partially recovered during the extraction. Agents found over 600 messages between the two parties between February 20, 2026, and February 23, 2026.

10. MV1 stated after they started messaging, she felt forced by him to take nude videos and images to send to (325) 660-6287. MV1 stated she could not remember how many videos and images containing nudity she sent to (325) 660-6287 but it was multiple. MV1 stated she received messages from (325) 660-6287 asking her if she had a dog and telling her to get peanut butter, but she could not remember what happened after that.

11. In these messages, the user of 325-660-6287 demanded that MV1 provide photos and videos of a sexual nature. Examples of the messages exchanged between the two accounts appear below.

| | |
|---|---|
| MV1 | What do u want upper or lower |
| 325-660-6287 | Both |
| 325-660-6287 | in a video |

| | |
|---|---|
| 325-660-6287 | do u have any pets |
| MV1 | Yeah |
| MV1 | Y |
| 325-660-6287 | Hmmm |
| 325-660-6287 | Idk how freaky are u |
| MV1 | Really |

| | |
|---|---|
| 325-660-6287 | do you have peanut butter |
| MV1 | Yes |

| | |
|---|---|
| 325-660-6287 | can you go show me that you have it |
| MV1 | It's downstairs just trust I do |
| 325-660-6287 | you know what i want with that right |
| 325-660-6287 | right? |

| | |
|---|---|
| 325-600-6287 | about the dog |
| MV1 | Oh yeah sorry |
| 325-660-6287 | You know what I want you to do with it right |
| MV1 | No |
| 325-660-6287 | Guess |
| 325-660-6287 | i asked if you like getting eaten out remember |

| | |
|---|---|
| MV1 | Stop texting me |
| MV1 | Never again I'm gonna get in trouble |
| 325-660-6287 | bro I just showed you what YOU said [crying laughing emojis] |
| 325-660-6287 | mmm well idk what i'm gonna do |
| 325-660-6287 | with that vid i got |
| 325-660-6287 | from u |
| 325-660-6287 | Crazy |
| MV1 | I'm sorry I just don't want to get in more trouble maybe in a few years we can be a thing not right now are u cool with that please sent it or post please |
| MV1 | Don't send it I meant |
| 325-660-6287 | Alright |
| MV1 | Thank you can u delete it |

| | |
|---|---|
| MV1 | I'll show you anything just forgive me |
| MV1 | I mean ANYTHING |
| 325-660-6287 | even the dog? |
| MV1 | Not yet by my dad is up here later tho |
| MV1 | Anything else |
| 325-660-6287 | How many siblings u got |

***Identifying the User of 325-660-6287***

12. On March 4, 2026, agents submitted a subpoena to AT&T for the subscriber information tied to the number 325-660-6287. On March 9, 2026, the following subscriber information was received from AT&T. The Phone number user is listed as "JADEN BLAKE" at 341 Southwind Circle, Abilene, Texas, 79602. He has been the active user of that number since March 20, 2023. Agents checked law enforcement

databases, which show that Jaden Jonathan Blake lives at 341 Southwind Circle, Abilene, Texas. Records also show that SUBJECT is a 25-year-old man.

13. Agents searched the National Crime Information Center (NCIC) database for Jaden Blake, date of birth August 2, 2000, and located Jaden Johnathan Blake of 341 Southwind Circle, Abilene, Texas. The criminal history for Blake showed a 2019 arrest for cruelty to livestock animals/physical abuse. Blake was convicted of that charge in 2022 and received probation until March 2026. Blake also had a 2019 arrest for sexual assault that was changed to injury of a child in 2022. Blake was convicted of the injury to a child charge in 2022 and received probation until March 2029. The NCIC information showed Blake is on probation with Taylor County Adult Probation.

14. Investigators contacted Taylor County Adult Probation and spoke with Blake's probation officer. The probation officer stated that Blake provided his address as 341 Southwind Circle, Abilene, Texas. The probation officer confirmed that the phone number Taylor County Adult Probation had listed for Blake is 325-660-6287, and they had last contact with Blake via a phone at that number on March 2, 2026.

15. Additionally, when agents interviewed MV1, MV1 identified an image that agents found on her iPad as an image that she had received from (325) 660-6287. MV1 believed the photo was of the person messaging from (325) 660-6287. The image identified by MV1 is below.



16. During the investigation, agents located a photo of JADEN JONATHAN BLAKE, a/k/a Jaden Johnathan Blake. Blake's mother posted the photo below on or about March 15, 2026. When shown the photo below to Blake's probation officer, the probation officer, who has seen Blake in person, confirmed that the photo below is Blake and represents his current appearance. Although the person in the image MV1 received appears thinner, the person appears to be the same based on the physical stature, high cheek bones, cleft chin, eyebrow spacing, nose shape and mouth shape. Agents believe the photos show the same person.



***Discovery of Minor Victim 2***

17. Agents searched a database available to law enforcement that was created and maintained by the National Center for Missing and Exploited Children (NCMEC). Agents searched to see if any other tips were reported relating to Blake's phone number, 325-660-6287. On January 24, 2026, an anonymous party submitted the following information to NCMEC: "he started with bribing me with money and so i sent then he said he would leak me and made me send a video of me pissing and eat my shit and has

continued to make me do it or hes [sic] going to leak me." The anonymous party provided the suspect's phone number as 325-660-6287.

18. FBI agents investigated the tip and learned that the anonymous tip came from Minor Victim 2, a 12-year-old child located in a specific Midwestern state. Agents contacted MV2's parents and obtained permission to search the phone MV2 was using.

19. On March 13, 2026, Investigators completed the initial examination of the extraction from MV2's phone. The following are some of the items of interest that were located on the phone extraction.

a. Apple Cash Account Statement Summary 2025, that showed 12 transactions where MV2 received an Apple Cash payment from 325-660-6287.

b. Approximately 195 screenshots showing messages between MV2 and 325-660-6287, often shown as the contact "send". A contact card showing the 325-660-6287 saved under the contact "send".

c. Thirty two videos that include CSAM showing MV2.

20. On March 13, 2026, a trained agent performed a Child Adolescent Forensic Interview with MV2. During the interview, MV2 stated that the target had first contacted her in a direct message over TikTok. MV2 stated that her TikTok account has since been age restricted, so she can not recover the messages. MV2 stated that after the user of 325-660-6287 originally contacted her on TikTok, they moved their conversation to iMessage, an instant messaging service available on iPhones. MV2 was shown a screenshot of the contact saved as "send" and stated that she saved the number 325-660-

6287 as "send" because she did not know the person's name and she knew they just wanted her to send (pictures and videos). MV2 used iMessage to send or receive messages from her contact "send." MV2 started messaging with "send" in the late summer/ early fall of 2025. MV2 blocked and unblocked "send" approximately three times. The final time MV2 blocked "send" was in January 2026. MV2 deleted all of the early iMessages between her and "send" and had deleted the messages where she was sending videos or pictures before she took screenshots of the January 2026 messages between the two. Examples of the 2026 messages, observed in the screenshots taken by MV2, exchanged between the two accounts appear below.

| | |
|---|---|
| 325-660-6287 | Hi |
| MV2 | whoes this |
| 325-660-6287 | Wdymmm |
| 325-660-6287 | u fr don't remember |
| MV2 | not realky |
| MV2 | Wait |
| MV2 | No |
| 325-660-6287 | Bruh |
| 325-660-6287 | ok so |
| 325-660-6287 | basically money do u wanna make it (crying emoji) |
| 325-660-6287 | thar's me |
| MV2 | Ohh |
| 325-660-6287 | Yessss |
| 325-660-6287 | Lmfao |
| 325-660-6287 | do u tho |
| MV2 | i have a boyfriend im sorry |
| 325-660-6287 | can we one more time |

| | |
|---|---|
| MV2 | i cant do that rn ill do anything else i js actually need my money quick please |
| 325-660-6287 | do one finger again but like twirl it around in ur asshle like do a circle in it and then push out harder as fuck at the end |

| | |
|---|---|
| 325-660-6287 | twirl it for like 30 seconds |
| MV2 | Okay |
| 325-660-6287 | MOAN TOO |
| 325-660-6287 | Like |
| 325-660-6287 | quietly if u need to |
| MV2 | did it |
| MV2 | but can i still have my 20 |
| MV2 | 15* |
| 325-660-6287 | yes i'm watching |

| | |
|---|---|
| MV2 | i just used the restroom but i can do the two fingers |
| 325-660-6287 | ok yea |
| 325-660-6287 | finger the fuck out of that shit |
| 325-660-6287 | pull out |
| 325-660-6287 | then flex it |
| MV2 | Okay |
| 325-660-6287 | Ty |
| 325-660-6287 | good girl |
| MV2 | please dont leak me |
| 325-660-6287 | Holyyyyyyyyyyyyyy |

***Produced Child Pornography***

21. On March 13, 2026, law enforcement completed the initial review of the extraction of the iPhone MV2 used to communicate with 325-660-6287. During that review, agents identified approximately 33 videos containing CSAM of MV2. The videos all contained creation dates between January 23, 2026, and January 24, 2026. Those dates match the dates stamps range of the above messages exchanged between MV2 and 325-660-6287. One of the videos located matched the preview of the video observed in the above message exchange that started with "yuo sure yoi wont leak me if. i go to sleep". That video is further described below.

a. The video with the created date listed as 1/24/2026 12:55AM, was 16 seconds and length and showed the exposed vagina and anus of MV2. In the video MV2 appears to defecate, wipe her finger in the defecation and then place that finger in her mouth showing a dark mark on her tongue, then closing her mouth. (MV2 was 12 years of age at the time this video was created)

***Discovery of Additional Minor Victims***

22. Since that time, and through additional investigation as well as law enforcement referrals from various places throughout the country, agents have learned that Blake may have enticed other specific minors to produce child pornography in other states. Those states include California, Nevada, and New York.

***Identifying the Current Location of Jaden Jonathan Blake via his Cell Phone***

23. On March 20, 2026, a Pen Register and Trap and Trace order, for 325-660-6287, was signed by United States Magistrate Judge John R Parker in the Northen District of Texas Abilene Division.

24. On March 23, 2026, a search warrant for cell site location data for 325-660-6287, was signed by United States Magistrate Judge John R Parker in the Northen District of Texas Abilene Division.

25. On March 24, 2026, the cell site location data search warrant was served to AT&T, and cell site information was received. Cell tower data received showed the device 325-660-6287 connected to the tower covering 341 Southwind Circle, Abilene, Texas, over 20 times between March 24, 2026, and March 25, 2026. That address is Jaden Jonathan Blake's listed address with his probation officer, where he resides with his mother, which is located in the Abilene Division of the Northern District of Texas.

**CONCLUSION**

26. Based on the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that **BLAKE** has committed violations of Title 18, United States Code, Section 2251(a), Production of Child Pornography, under *Pinkerton v. United States*, 328 U.S. 640 (1946) liability, Title 18, United States Code Section 2, Aiding and Abetting the Production of Child Pornography, and Conspiracy to Produce Child Pornography in violation of Title 18, United States Code, Section 2251(a).

27. Therefore, I respectfully request that the Court issue an arrest warrant for JADEN JONATHAN BLAKE.

Respectfully submitted,

Anthony Peterson
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence in accordance with the requirements of Federal Rules of Criminal Procedure 41 this 25th day of March 2026.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE