**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

FILED - USDC - NDTX - AB
MAR 31 2026 AM11:26

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | **CASE NO. 1:26-MJ-00023-BU** |
| **v.** | § | |
| | § | |
| **JADEN JONATHAN BLAKE (1)** | § | |
| | § | |
| | § | |

**ORDER**

A preliminary hearing was scheduled on this date as required by Rule 5.1, Federal Rules of Criminal Procedure. The defendant filed a waiver of preliminary hearing. The court found that probable cause exists to believe the defendant committed the offense charged.

The clerk will furnish a copy of this order to each attorney of record.

DATED: 31st day of March, 2026

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE