IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 1:26-CR-0024-H<br>**(Supersedes Indictment Filed 4/8/26)** |
| JADEN JONATHAN BLAKE<br>a/k/a Jaden Johnathan Blake | |

# INFORMATION

The United States Attorney Charges:

Counts One - Eight
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

From on or about January 1, 2025 to on or about March 25, 2026, in the Abilene Division of the Northern District of Texas, and elsewhere, **Jaden Jonathan Blake**, also known as Jaden Johnathan Blake, defendant, did, employ, use, persuade, induce, coerce, and entice, "Child Victim 1," "Child Victim 2," "Child Victim 3," "Child Victim 4," "Child Victim 5," "Child Victim 6," "Child Victim 7," and "Child Victim 8," persons under the age of eighteen years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as described below, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced

using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer:

| Count | Visual Depiction |
|---|---|
| 1 | A video created on or about February 20, 2026, approximately 29 seconds in duration, of Child Victim 1 with her vagina and anus exposed. (…BA855.mov) |
| 2 | A video created on or about June 8, 2025, approximately 9 seconds in duration, of Child Victim 2 with her vagina and anus exposed. (2025-06-08-00-53-25.mp4) |
| 3 | A video created on or about June 20, 2025, approximately 10 seconds in duration, of Child Victim 3 with her vagina and anus exposed. (…IMG_5824.mov) |
| 4 | A video created on or about November 3, 2025, approximately 3 minutes and 45 seconds in duration, of Child Victim 4 inserting a comb into her vagina and anus. (…29975.mov) |
| 5 | A video created on or about November 10, 2025, approximately 30 seconds in duration, of Child Victim 5 with her vagina and anus exposed. (…E5456.mov) |
| 6 | A video created on or about January 23, 2026, approximately 13 seconds in duration, of Child Victim 6 with her vagina and anus exposed. (…DF881.mov) |

| | |
|---|---|
| 7 | A video created on or about February 8, 2026, approximately 13 seconds in duration, of Child Victim 7 with her vagina and anus exposed. (…F6A6C1.mov) |
| 8 | A video created on or about February 12, 2026, approximately 16 seconds in duration, of Child Victim 7 licking the anus of Child Victim 8. (…6C32D.mov) |

Each count in violation of Title 18, United States Code, Section 2251(a).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C. § 2253, defendant, **Jaden Jonathan Blake**, also known as Jaden Johnathan Blake, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes, but is not limited to, an Apple iPhone 14, Model 14,7 D27AP, serial number, D6F03XDYXC, an Apple iPad 5, Model A1823, serial number GCGVW2MDHLJL, an Apple iPad Pro 3, Model A2014, serial number DLXYW2KNKC5P, an Apple MacBook, Model A1932, serial number FVFYP1SYJK7G, a silver in color rope-style chain necklace, a blue 1995 Dallas Cowboys sweatshirt, and a purple long sleeve shirt with TCU print.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew L. Tusing
Assistant United States Attorney
Indiana Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
matt.tusing@usdoj.gov